```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 05122
    RONDA MICHELLE TORREZ
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-4044


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/22/2007 and was not confirmed.

     The case was dismissed without confirmation 07/19/2007.
------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------
WELLS FARGO BANK            CURRENT MORTG        .00           .00             .00
COUNTRYWIDE HOME LOANS      NOTICE ONLY    NOT FILED           .00             .00
AMAH DALMEDIA               SECURED          3500.00           .00             .00
WELLS FARGO BANK            MORTGAGE ARRE    8000.00           .00             .00
COOK COUNTY TREASURER       SECURED NOT I        .00           .00             .00
COUNTRYWIDE HOME LOANS      NOTICE ONLY    NOT FILED           .00             .00
ILLINOIS TITLE LOANS        SECURED NOT I        .00           .00             .00
ILLINOIS TITLE LOANS        SPECIAL CLASS NOT FILED            .00             .00
FIRST NATIONAL CREDIT CA    UNSECURED         442.80           .00             .00
ADVOCATE ILLINOIS MASONI    UNSECURED      NOT FILED           .00             .00
AMERICAN FAMILY INSURANC    UNSECURED      NOT FILED           .00             .00
ALLSTATE INSURANCE COMPA    NOTICE ONLY    NOT FILED           .00             .00
AMERICASH LOANS             UNSECURED      NOT FILED           .00             .00
AVON PRODUTS                UNSECURED      NOT FILED           .00             .00
BLAIR CORPORATION           UNSECURED      NOT FILED           .00             .00
ASSET ACCEPTANCE LLC        NOTICE ONLY    NOT FILED           .00             .00
COLLECTION BUREAU OF AME    UNSECURED      NOT FILED           .00             .00
COMCAST                     UNSECURED      NOT FILED           .00             .00
COMCAST                     NOTICE ONLY    NOT FILED           .00             .00
CBNA                        UNSECURED      NOT FILED           .00             .00
CREDIT MANAGEMENT INC       UNSECURED      NOT FILED           .00             .00
FRIEDMANS JEWELERS          UNSECURED      NOT FILED           .00             .00
FRIEDMANS JEWELERS          NOTICE ONLY    NOT FILED           .00             .00
MCI                         UNSECURED      NOT FILED           .00             .00
MCI                         NOTICE ONLY    NOT FILED           .00             .00
NCO-MEDCLR                  UNSECURED      NOT FILED           .00             .00
NCO-MEDCLR                  UNSECURED      NOT FILED           .00             .00
NCO MEDCLR                  UNSECURED      NOT FILED           .00             .00
NICOR GAS                   UNSECURED         836.99           .00             .00
NICOR GAS                   NOTICE ONLY    NOT FILED           .00             .00
SUPERIOR MANAGEMENT         UNSECURED      NOT FILED           .00             .00
T MOBILE                    NOTICE ONLY    NOT FILED           .00             .00
T MOBILE                    NOTICE ONLY    NOT FILED           .00             .00
ASPIRE                      UNSECURED         679.88           .00             .00
UNITED CREDIT NATIONAL B    UNSECURED      NOT FILED           .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 05122 RONDA MICHELLE TORREZ
```

```
VERIZON WIRELESS           UNSECURED      NOT FILED              .00            .00
VERIZON WIRELESS           NOTICE ONLY    NOT FILED              .00            .00
VILLAGE OF HAZEL CREST     UNSECURED      NOT FILED              .00            .00
WEB BANK                   UNSECURED      NOT FILED              .00            .00
WEST ASSET MANAGEMENT      UNSECURED      NOT FILED              .00            .00
AT&T LAW DEPARTMENT        NOTICE ONLY    NOT FILED              .00            .00
AT & T BANKRUPCTY          NOTICE ONLY    NOT FILED              .00            .00
WOMENS WORKOUT WORLD       UNSECURED      NOT FILED              .00            .00
WOMEN WORKOUT WORLD        NOTICE ONLY    NOT FILED              .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        812.42               .00            .00
ASSET ACCEPTANCE LLC       UNSECURED        554.46               .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        151.34               .00            .00
LEDFORD & WU               DEBTOR ATTY    2,200.00                          2,200.00
TOM VAUGHN                 TRUSTEE                                            163.04
DEBTOR REFUND              REFUND                                           2,644.38

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE               5,007.42

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                2,200.00
TRUSTEE COMPENSATION                            163.04
DEBTOR REFUND                                 2,644.38
                     ---------------        ---------------
TOTALS                5,007.42                5,007.42
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                    /s/ Tom Vaughn
     Dated: 10/25/07                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                         PAGE   2
          CASE NO. 07 B 05122 RONDA MICHELLE TORREZ